**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>GLOBAL AVIATION INSTITUTE, LLC dba CHECKRIDE PREP, a Nevada limited liability company,<br><br>Debtor. | Case No. BK-S-23-11785-MKN<br>Chapter 7<br><br>DECLARATION OF ANETTE BEEBE'S RESPONSE TO TRUSTEE'S MOTION TO COMPEL BEEBE LAW, PLLC TO COMPLY WITH SUBPOENA AND FOR TURNOVER OF BANKRUPTCY ESTATE PROPERTY PURSUANT TO 11 U.S.C. § 542<br><br>Date of Hearing: September 27, 2023<br>Time of Hearing: 2:30 p.m.<br>Place: Courtroom No. 2, Third Floor<br>Foley Federal Building<br>300 Las Vegas Blvd., S.<br>Las Vegas, NV 89101<br><br>Judge: Honorable Mike K. Nakagawa1 |

I, Anette J. Beebe, declare as follows:

1. I am over the age of 18 years and am competent to make this declaration. I have personal knowledge of the facts set forth herein, except for those facts stated on information and

1 Unless otherwise indicated, all chapter and section references are to the Bankruptcy code, 11 U.S.C. §§ 101-1532, and to the Federal Rules of Bankruptcy Procedure, Rules 1001-9037. The Federal Rules of Civil Procedure will be referred to as "FRCP" and the Federal Rules of Bankruptcy Procedure will be referred to as "FRBP." The Local Rules of Practice for the United States Bankruptcy Court for the District of Nevada shall be referred to as the "Local Rules."

belief and, as to those facts, I am informed and believe them to be true. If called as a witness, I would testify to the matters set forth below based upon my personal knowledge.

2. I am an attorney, in good standing, licensed to practice law in the state of Arizona.

3. I am the sole member of the Arizona law firm Beebe Law, PLLC ("Beebe Law") which is a small business and internet law firm with a mailing address in Phoenix, Arizona.

4. I make this declaration to support of Beebe Law, PLLC's Response to Trustee's Motion[2] to Compel Beebe Law, PLLC to Comply with Subpoena and for Turnover of Bankruptcy Estate Property Pursuant to 11 U.S.C. § 542.

5. As disclosed by Debtor in its Petition for Bankruptcy (Doc. 1)[3], and through testimony during a meeting of creditors hearing[4], Beebe Law was one of the law firms hired by Debtor, Global Aviation Institute, LLC ("Debtor"), and other parties, to represent its interests in a matter that was pending in the United States District Court for the District of Arizona.

6. Debtor named Beebe Law as one of the many Creditors in this bankruptcy.

7. I generally advised Trustee that Debtor should have copies of all of the communications between Debtor and Beebe Law, including the retention agreement, invoices, and that the related court filings are obtainable through the ECF system for the District of Arizona.

8. Nevertheless, circumstances in this matter have led the Trustee to want to subpoena Beebe Law's records relating to its former representation of Debtor.

9. On July 19, 2023, the Trustee provided Beebe Law with a letter and subpoena, which I had agreed to accept service of electronically. A true and accurate copy of that Subpoena and Letter is attached as Exhibits 1 and 2 to the Declaration of Shelley D. Krohn in Support of Motion to Compel Beebe Law, PLLC to Comply with Subpoena and for Turnover of Bankruptcy Estate Property Pursuant to 11 U.S.C. § 542.

---

2 Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meaning ascribed to them in Beebe Law's Response to Trustee's Motion.

3 All references to "Doc." are the numbers assigned to the documents filed in this case as they appear on the docket maintained by the clerk of the court.

4 Anette Beebe, on behalf of Beebe Law, and in exercising its creditor's rights, has been in attendance at various meeting of the creditors hearings, or "341 hearings" in reference to hearings held pursuant to 11 U.S.C. § 341.

10. Upon receipt of the Subpoena and given the fact I've never been placed in this situation before and have very little knowledge of bankruptcy law, I reached out to the State Bar of Arizona Ethics Department. I subsequently advised Trustee and Trustee's counsel of ethical concerns and requested a Court order in effort to comply with my obligations under Arizona Rules of Professional Conduct.

11. Additionally, in a good faith effort to provide notice to the affected parties (Beebe Law's former clients) regarding Trustee's subpoena so that they may have the opportunity to appear and object, I emailed the former clients, including Debtor, on July 24, 2023, about the Subpoena and included a copy of the same.

12. To date, Beebe Law has not received a response to the emailed notice about the subpoena.

13. Nevertheless, Beebe Law has not received any sort of system notice that the subject email about the Subpoena was undeliverable to any of the email addresses the communication was sent to.

14. In the course of her representation of these former clients, Beebe Law regularly sent communications to these email addresses and received responses from them.

15. None of Beebe Law's prior clients in the underlying litigation have waived the attorney-client privileged, and upon information and belief, none of these prior clients other than Debtor have declared bankruptcy.

16. At times, I provided legal advice to multiple clients in the underlying litigation at the same time in the form of group emails and other written correspondence.

17. These communications consisted of me providing legal advice to my prior clients and they occurred among co-Defendants in the underlying litigation.

18. Debtor owes Beebe Law attorneys' fees for work Beebe Law performed for Debtor, which is why Beebe Law was listed as a creditor in this action.

19. Documents requested by the Trustee's Subpoena seeks documents reflecting privileged communications with Beebe Law's other clients (outside of the Debtor).

20. I am currently scheduled to be traveling out of the country until the first week of October, 2023. Given this travel schedule, it will be extremely burdensome for me to gather and produce responsive documents and information if I am required to do so in less than three weeks following the hearing on the Trustee's Motion.

I declare under the penalty of perjury under the laws of the United States that the forgoing is true and correct.

Dated this 12th day of September, 2023.

______________________________
Anette J. Beebe