NVB 5075 (Rev. 4/23)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−23−11785−mkn<br>CHAPTER 7 |
| GLOBAL AVIATION INSTITUTE LLC DBA<br>CHECKRIDE PREP | |
| Debtor(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *36* – Response to Trustee's Motion to Compel Beebe Law, PLLC to Comply with Subpoena and for Turnover of Bankruptcy Estate Property Pursuant to 11 U.S.C. § 542 with Certificate of Service Filed by ALEX SHEPARD on behalf of Beebe Law, PLLC (Related document(s)29 Motion to Compel filed by Trustee SHELLEY D KROHN.) (Attachments: # 1 Exhibit) (SHEPARD, ALEX) |
| Filed On: | 9/12/23 |
| With A Hearing Date Of: | 9/27/23 |
| And A Hearing Time Of: | 2:30pm |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * The Case Caption does not match the docket sheet exactly. The case caption must include all parties including terminated parties.

Dated: 9/19/23

*Mary A. Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**